# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand seventeen.

Present:
> Pierre N. Leval,
> Reena Raggi,
> Raymond J. Lohier, Jr.,
>     *Circuit Judges*.

Wells Fargo Advisors, LLC,

> *Petitioner-Appellant*,

    v.                               16-3833-cv

Livia Sappington, Ewa Kelly, AKA Eva Kelly, Patrick LaBorde,

> *Respondents-Appellees*,

    v.                               16-3854-cv

Reagan Tucker, Benjamin Dooley, Marvin Glasgold,

> *Respondents-Appellees*.

The parties having advised the court, on August 17, 2017, that Respondents-Appellees' claims may be settled by another pending action, the court directs the parties to inform the court on or before September 7, 2017, of the status of that proceeding. Further, the court directs the parties to inform the court on the same date whether a live dispute remains in these actions as to the pursuit of class arbitration by such numbers of Respondents as may remain in the case, and thereafter to inform the court promptly of any adjudication, settlement, or other occurrence in the other action affecting the existence or numerosity of the class purported to be represented by Respondents.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

